IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN CHEMICAL SOCIETY<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | ) | Case No. 1:04CV02131<br>Judge Reggie B. Walton |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Arnold P. Lutzker as counsel of record for defendant, Google, Inc., in this case. Counsel is registered with the Clerk as an electronic filer. All electronic transmissions to counsel should be directed to (202) 408-7677 for facsimile, and Arnie@lutzker.com for email.

Service of all papers on counsel by regular United States mail, and by hand and overnight delivery should be made to the following address:

Arnold P. Lutzker
Carl H. Settlemyer, III
LUTZKER, LUTZKER & SETTLEMYER, LLP
1000 Vermont Avenue, N.W., Suite 450
Washington, DC 20005

Dockets.Justia.com

Respectfully submitted,

DATED: January 12, 2005

Arnold P. Lutzker (DC Bar #101816)
Carl H. Settlemyer, III (DC Bar #454272)
LUTZKER, LUTZKER & SETTLEMYER LLP
1000 Vermont Avenue, N.W., Suite 450
Washington, DC 20005
Telephone: (202) 408-7600
Facsimile: (202) 408-7677

Of Counsel:

Michael H. Page
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Counsel for Defendant, Google, Inc.

**CERTIFICATE OF SERVICE**

This is to certify that on the 12th day of January 2005, a true and correct copy of the foregoing was served by facsimile and First Class U.S. Mail, postage prepaid, upon the following:

Roberta Horton
ARNOLD & PORTER LLP
555 12th Street, N.W.
Washington, DC 20004

Flint Lewis
David T. Smorodin
American Chemical Society
1155 Sixteenth Street, N.W.
Washington, DC 20036

Carl H. Settlemyer