IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

AMERICAN CHEMICAL SOCIETY,

Plaintiffs,

v.

GOOGLE, INC.

Defendant.

CASE NUMBER 1:04CV02131

**DECLARATION OF MICHAEL H. PAGE**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

In support of the motion of Arnold P. Lutzker that I be admitted *pro hac vice* in the above-captioned matter, I, Michael H. Page, declare that:

1. My full name is Michael Henry Page.

2. I am a partner with the firm of Keker & Van Nest LLP and practice out of the firm's office at 710 Sansome Street, San Francisco, CA 94111. My office telephone number is 415-391-5400.

3. I am a member in good standing of the Bar of the State of California and have also been admitted to the following bars: United States Supreme Court; Ninth Circuit and Federal Circuit Courts of Appeal; Northern, Central, Eastern, and Southern Districts of California.

4. I certify that I have not been disciplined by any bar.

5. Within the last two years, I have never been admitted *pro hac vice* in this Court.



346474.01

Dockets.Justia.com

6. I do not engage in the practice of law from an office located in the District of Columbia.

For the reasons stated, I respectfully request that this honorable Court grant Arnold P. Lutzker's motion that I be admitted *pro hac vice* in the above-captioned action.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 28, 2005.

Michael H. Page