**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC.,<br><br>Defendant. | Case No. 1:04CV02131 RBW |

**CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

Plaintiff American Chemical Society ("ACS"), pursuant to Federal Rule of Civil Procedure 6(b), hereby moves this Court for an extension of time to complete discovery and in support thereof states:

1. On June 3, 2005, this Court entered a Scheduling Order that set this case as a Standard Track case.

2. The parties agree that time in addition to that set forth in the Scheduling Order is necessary.

3. Good cause for enlarging time exists because the parties are contemplating settlement options.

4. Accordingly, the parties jointly request that each deadline set in the Scheduling Order be extended by approximately sixty days. The schedule, as modified, would become as follows:

| | |
|---|---|
| Close of Fact Discovery: | 1/31/06 |
| Plaintiff's Expert Reports Produced to Defendant: | 3/3/06 |
| Defendant's Rebuttal Reports Produced to Plaintiff: | 4/14/06 |

Dockets.Justia.com

| | |
|---|---|
| Close of Expert Discovery: | 4/28/06 |
| Pretrial Conference: | 5/12/06 |

5. Counsel for Defendant Google, Inc. consented to this Motion on October 7, 2005.

In consideration of the foregoing, ACS respectfully requests that the Court grant its Motion for Extension of Time to Complete Discovery.

October 11, 2005

Roberta L. Horton (413577)
John P. Sheesley (482546)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
*Counsel for Plaintiff American Chemical Society*

**CERTIFICATE OF SERVICE**

This is to certify that on the 11th day of October 2005, a true and correct copy of the foregoing CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY was served by first class mail upon:

Arnold P. Lutzker
Carl H. Settlemyer, III
LUTZKER, LUTZKER & SETTLEMYER LLP
1000 Vermont Avenue. N.W., Suite 450
Washington, DC 20005

Michael H. Page
Klaus H. Hamm
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704

John P. Sheesley