**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CHEMICAL SOCIETY,<br>Plaintiff,<br>v.<br>GOOGLE INC.,<br>Defendant. | Case No. 1:04CV02131 RBW |

**[PROPOSED] ORDER EXTENDING TIME TO COMPLETE DISCOVERY**

Based upon Plaintiff American Chemical Society's Consent Motion for Extension of Time to Complete Discovery, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The Motion is GRANTED; and

2. The schedule is hereby modified as follows:

| | |
|---|---|
| Close of Fact Discovery: | 5/31/06 |
| Plaintiff's Expert Reports Produced to Defendant: | 7/3/06 |
| Defendant's Rebuttal Reports Produced to Plaintiff: | 8/14/06 |
| Close of Expert Discovery: | 8/28/06 |
| Pretrial Conference: | 8/21/06 |

DATED this __th day of December, 2005.

______________________________
UNITED STATES DISTRICT COURT JUDGE

Dockets.Justia.com

**Service List for [PROPOSED] ORDER EXTENDING TIME TO COMPLETE DISCOVERY**

Roberta L. Horton
John P. Sheesley
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC 20005

Arnold P. Lutzker
Carl H. Settlemyer, III
LUTZKER, LUTZKER & SETTLEMYER LLP
1000 Vermont Avenue, N.W., Suite 450
Washington, DC 20005

Michael H. Page
Klaus H. Hamm
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111-1704